# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| EARL M. WHEBY, JR., Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-00668-LPS |
| v. ) ) | JURY TRIAL DEMANDED |
| GTX, INC., ROBERT J. WILLS, MARC S. HANOVER, J.R. HYDE, III, MICHAEL G. CARTER, J. KENNETH GLASS, GARRY A. NEIL, KENNETH S. ROBINSON, ONCTERNAL THERAPEUTICS, INC., and GRIZZLY MERGER SUB, INC., ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Earl M. Wheby, Jr. ("Plaintiff"), hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: June 12, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*